MENTON, Appellant, v. DUNN, Respondent. (Supreme Court, Appellate Division, Second De-

partment. July 29, 1910.) Action by Dennis J. Menton against Cecelia R. Dunn.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the answer does not raise the objection of a defect of parties plaintiff, and that the evidence establishes that no one except the plaintiff had any interest in the contract which is the subject of this action.